## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A COMPLAINT AND AREST WARRANT

I, Ryan D. Roskey, a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am currently assigned to the Detroit Division, Lansing Resident Agency. I have been an FBI Special Agent since 2019, and during that time have investigated numerous violations of federal law. Prior to becoming an FBI Special Agent, I was employed as a police officer and detective for approximately 10 years. As a police detective, I was responsible for various types of complex criminal investigations involving child abuse, sexual assault, internet crimes against children, child sexual abuse material, drug endangered children, human trafficking, narcotics trafficking, firearms violations, gang investigations and violent crime. I was assigned to the United States Marshals Violent Fugitive Task Force and the FBI Omaha Safe Streets Task Force. I have received hundreds of hours of specialized investigative training from the FBI, Drug Enforcement Agency (DEA), and United States Department of Justice. My duties include the investigation of various violations of federal criminal law, including matters involving violations of 18 U.S.C. § 875(c) - Interstate Communications of a Threat, and 18 U.S.C § 115 - Threat to a Injure a Federal Judge, hereinafter the "Subject Offenses".

2. As a result of my participation in this investigation, I submit that there is probable cause to believe that **KEVIN CASSADAY (CASSADAY)**, date of birth XX/XX/1981, has committed federal crimes, including the Subject Offenses.

3. I make this affidavit based upon personal involvement in the subject criminal investigation. I have also been provided with information from other law enforcement agents and officials, including agents and officials from the United States Marshals Service. This affidavit does not contain all the facts developed to date in the underlying investigation and is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant.

## SUMMARY

4. In approximately August of 2021, **CASSADAY** filed approximately 25 cases in the United States District Court, for the Western District of Michigan (WDMI), as a pro-se civil litigant. On September 2, 2021, the WDMI FEDERAL DISTRICT JUDGE A, filed a judgment terminating the action in at least one of the cases, Cassaday v. United States. After WDMI FEDERAL DISTRICT JUDGE A's termination of the case, **CASSADAY** began calling WDMI FEDERAL DISTRICT JUDGE A's Chambers and leaving multiple voicemail messages that contained vulgar language. In the voicemail messages, **CASSADAY** calls WDMI FEDERAL DISTRICT JUDGE A multiple derogatory names, and indicates he will hold him accountable. **CASSADAY** then calls for WDMI FEDERAL DISTRICT JUDGE A

to sign an order transferring his cases outside of Michigan. Below I set forth and quote multiple voicemails and conversations that have been recorded involving **CASSADAY**. I believe that the use of the telephone by **CASSADAY** to make the threats to injure WDMI FEDERAL DISTRICT JUDGE A and others violate 18 U.S.C. § 875(c). I also believe that these threats are a result of **CASSADAY**'s desire for WDMI FEDERAL DISTRICT JUDGE A to take action on the cases filed by **CASSADAY**, making **CASSADAY**'s threats a violation of 18 U.S.C. § 115(a)(1)(B). I have bolded and underlined the portions below that represent direct threats made by **CASSADAY.**

## PROBABLE CAUSE

5.     Agents are investigating **CASSADAY** for the Subject Offenses. On August 18, 2021, the Western District of Michigan (WDMI), received a report of an inappropriate communication to the Clerk's Office in Lansing, Michigan made by **CASSADAY.** An employee at WDMI FEDERAL DISTRICT JUDGE A's office informed a Judicial Security Inspector in substance that:

Kevin Cassaday called from phone number (989) 615-**** at 5:01 PM telling me he wanted to speak to the Judge and that the Judge was a "piece of shit" and that I needed to transfer him. He had a variety of other statements and choice words for WDMI FEDERAL DISTRICT JUDGE A as well. He (**CASSADAY**) held on the line for a moment because I intended to transfer him to your office but then he hung up. This email is to make you aware he called and what he said at this time. I believe he is already on your radar.

> On September 10, 2021, WDMI, Lansing Division Clerk's Office, reported that that another inappropriate communication was located within a filing

3

from **CASSADAY** which was received on September 10, 2021. The document filed by **CASSADAY**: *Plaintiff objects to your dumbass WDMI FEDERAL DISTRICT JUDGE A....If you take advantage of me you will anyone, you need a real labor job in life, you ant farmer. You clearly are too dumb for your role in dictating others lives you prick. You are obnoxiously racist piece of shit.*

6. On September 20, 2021, The United States Attorney's Office, in the Western District of Michigan, forwarded three voicemails from **CASSADAY** to the FBI Lansing Resident Agency. The voicemails were left by **CASSADAY** at WDMI FEDERAL DISTRICT JUDGE A's Chambers. At the beginning of each voicemail, **CASSADAY** identifies himself as "Kevin Cassaday." In the first voicemail **CASSADAY** states:

> Sorry to make a duplicate call, but this is Kevin Cassaday again. Um, reason I called initially, I guess to call back, was to ask whoever that was I talked to in the first place around five o'clock, that threatened to put the U.S. Marshal on my ass, for calling WDMI FEDERAL DISTRICT JUDGE A a piece of shit, he is. Words don't get people thrown in jail. If you guys are that petty you really need to get a job. You really need to get your head out of your ass, and get a job because you guys are frivolous, to workers. You really are abusive to us each and every one of you.
>
> So, I want my cases, not any one of them is going to be heard here in Michigan because each and everyone of you is crooked as fuck. So, we're going to get the cases out of Michigan. WDMI FEDERAL DISTRICT JUDGE A your ass is gonna do it because you're my slave now. So, before you get up off your ass and chair you're going to write the orders to transfer the U.S. Government case out of this district, to somewhere respectable, to somebody that has some fucking morals in their fucking head you piece of shit. You need some hard labor each and every one of you, and we're going to keep pushing for it, we're going to get you there.

We'll get this fucking shit built, the fucking dams rebuilt, the dikes. You fucking lazy fuckers, but whoever that was trying to inflict the system on me for swearing, fuck you. You need to go to jail, you need to go to prison. You dumb ass bitch, you are stupid. Each and everyone of you is stupid. You just can't comprehend how stupid you are, but you just keep inflicting the system, and trying to build your pedestal.

So you guys wanna, make push me till I threaten you, fuck you. You guys really are worthless, you really are fucking racist pieces of shit, and I'm gonna keep calling you guys.  You guys can't fucking touch me. You guys can't fucking threaten me anymore, because I've have enough of the fucking threats. Get a fucking real job, you pieces of shit.

7.      In the second voicemail message forwarded to the FBI **CASSADAY** states:

Hi, my name is Kevin Cassaday, I called about five o'clock today. Talked to a lady [unintelligible] judgment on September 3, 2021, case of Cassaday vs. U.S. Government, number 708. Uh, if you're really that incompetent man you gotta like really get out the chair and hand over the hammer, because your incompetent. So, or you are really that racist and a part of a klan member or whatever. **Either way I can see that the system is the clan, it's inherently abusive to me. I'm native and you guys perpetually inflict it upon me, and you clearly stood up before anybody and ran your mouth, WDMI FEDERAL DISTRICT JUDGE A, and are willing to lay down your life for it apparently.**

I ain't threatening nothing, but you really are a prick, and arrogant, and if you think you have any rights over me fuck you. Because you don't, and that's bullshit. Every part of your life is bullshit. Every part of your job is bullshit because you hold your friends unaccountable and then you wanna inflict everything upon me. So, fuck you, you are all abusive in reality, and that's the problem with this whole thing. So, we're going to hold you all accountable. We're going to start charging each and everyone of you in the end of this because this is a bullshit system.

You guys are all mafia members and you're incompetent. You are all stupid, too stupid or else you know exactly what you're doing and you waged war so fuck you too, and I swear I'm a worker. Get over it you fuckers, you're useless to workers. Each and every one of you is burden to workers in Michigan. That's why you don't have any, because you all abuse the fuck out of us, and then you want to harass me about working and doing all this shit.

Fuck you guys, you're going to get this response anytime you talk or do anything with me and **I'm going to start coming around wherever you guys are, and fucking talking like this.** Because you deserve it, because you just keep treating me like this, and so don't put your pedestal on top of mine. So, this is self-defense, the words, so fuck you guys. Basically you guys can kiss my fucking ass, because you guys are fucking worthless. Each and every one of you, especially WDMI FEDERAL DISTRICT JUDGE A, you wanna be a klan member. You can fucking get the fuck out of here you don't belong in America; I do. You guys waged war on my ass. So, get the fuck out, pack your bags, adios. They need workers everywhere so get the fuck out.

8. In the third voicemail message forwarded to the FBI **CASSADAY** states:

Hi, my name is Kevin Cassaday, last four is 9178. I am still being retaliated against, and as I have filed my cases it has gotten worse. So, we have an issue here, a clear issue with you guys all to function, and respect society, and that's why I came forward. Because I could sense this is a problem, and it clearly goes to the top. So, this is in regard to most likely [A.B.] and [J.T.], I don't, I can't find my case number for that. Case number would be 752, maybe.

So, to explain it, I have been getting the same product for consistently time to if I was poisoned, it's going to be because of this product, and I have been retaining my products, my cartridges because it's a concentrate. I quit smoking the bud and concentrate works better. It's better than Vicodin and there's some bias in these judges and everybody built in, it's clear that everybody still has a goal of a prohibition, like they did alcohol, and ultimately all that's going to do is create violence in society.

6

So, either you guys grab ahold of this, or we're going to have a bigger issue, because everybody else has already told me they want war, and uh I'm not afraid anymore. They've already waged war on me, and you guys are still failing to function in my life. Because I'm guessing you guys are a little bit racist or bias, and that's what doesn't belong in judgedry [sic], and that's why WDMI FEDERAL DISTRICT JUDGE A needs to get all of my cases that are under him sent to somewhere else, and maybe all of my cases in Michigan need to be sent to a more respectable district and state, cause this one is pretty shitty, this whole state is pretty shitty, and that's because of you judges that live in isolation, and sit in your car and listen to Phantom of the Opera crap.

You are delusional, you are the real delusional people in the world and you are scared of everybody else, which that you're the one that needs to be on the medicine, the psychoactive medicines, psycho whatever drugs, because you are racist at the core inherently built into you, and you've proven it too me with the cases against the U.S. Government. Um, that one number 708, you clearly are too obnoxious to understand or you really do understand and have been just ignorant to everybody that's victim to it for the last how many years. So either you have an issue, either way we have an issue all the way across the board here, and um you guys, um it's clear that I'm not the issue but you guys are good at all painting me as the issue, and the same with this MRA deal is they been moving all the product from the medical side of the selves and putting them on the recreational side to drive up prices on medical patients, and that's, and I mean you can't blame them they built the system to do that, and I been saying that's what they're going to four years ago, and that's why [J.T.] and [A.B.] changed the, uh it used to be something else rather then call the Marijuana Regulatory Agency. It was, uh another name. These guys are good at dropping and changing names and dropping liability because that's clearly what they use government for, and you guys are a little bit incompetent because that's what I been trying to tell you, and then they just get worse, and then the store on the north-side of Lansing actually sold, it traded hands.

So that's the one that I think, that's the one that I find that form, the poison form, and so that changed hands, and now that paperworks gone, right? You guys totally ignorant to whatever happened beyond the phone call, and that's the reality you guys live in your too delusional,

7

your too isolated from reality. You guys have serious stupidity problem. My numbers 989-615-****. You guys really need and are going to be held accountable, uh you guys can try and provoke me all you want but you are the problem, I….(End of Message).

9.      On September 23, 2021, Deputy U.S. Marshal (DUSM) Groenveld and I contacted **CASSADAY** at his residence, located in Lansing, Michigan. DUSM Groenveld and I contacted CASSADAY at approximately 9:05 AM. **CASSADAY** inquired multiple times if DUSM Groenveld and I possessed an arrest or search warrant. DUSM Groenveld advised that we did not have an arrest or search warrant and that we would only like to talk about **CASSADAY's** intent behind his voicemail messages. After a brief discussion **CASSADAY** refused to speak further and stated that officers were trespassing on his property. DUSM Groenveld and I then left the property.

10.     A short time after DUSM Groenveld and I left **CASSADAY's** residence, **CASSADAY** placed another call to WDMI FEDERAL DISTRICT JUDGE A's Chambers. **CASSADAY** stated the following in his voicemail to WDMI FEDERAL DISTRICT JUDGE A's Chambers:

> Hi, my name is Kevin Cassaday, last four soc 9178, phone number 989-615-****. Uh yeah, I just got woken up by the U.S. Marshals harassing me at me fucking door, over my whatever deal is with you guys. WDMI FEDERAL DISTRICT JUDGE A is either knocking on my door. So why is the U.S. Marshal on my fucking door you fucks? Fucking harassing me you fucking pricks.

8

11. After leaving the above voicemail message, **CASSADAY** left another message at WDMI FEDERAL DISTRICT JUDGE A's Chambers:

> Hi, my name is Kevin Cassaday, I was just woken up by two U.S. Marshals pounding on my doors, peering in my windows, without a search warrant, on my own land. What the hell is wrong with you dumbasses, and they sent me hear or were sent here to ask me what my intent is. I filed my goddamn cases in the court and then you guys send people here to harass the fuck out of me. What the fuck is wrong with you fucking idiots, huh?

12. On October 15, 2021, **CASSADAY** placed a call to WDMI FEDERAL DISTRICT JUDGE B's Chambers. The following conversation was recorded between **CASSADAY** and a member of WDMI FEDERAL DISTRICT JUDGE B's staff:

> **YC:** WDMI FEDERAL DISTRICT JUDGE B's Chambers, this is YC.
>
> **Cassaday:** Hi, I'm sorry to trouble you my name is Kevin Cassaday, and I have to report something to you, and I'm having trouble today, and it's because of trying to go get my medicine, and their playing games of confusion with me. Trying to get me committed like and playing that game that I'm ordering at the wrong place.
>
> **YC:** Sir, Mr. Cassaday, there is nothing we can do.
>
> **Cassaday:** I called the Ingham County Sheriff and they refused to lift a finger, and then I went to the State Police post and that prick told me to piss off basically. So, we have a pure system of failure here. This is beyond abusive at this point. This is beyond, **<u>I have every right to fuck everybody up at this point.</u>** You guys are all fucking with me, and it's gone too far. You guys are killing people by this bullshit, ignorant, ignorant. It is abusive, you guys are willfully neglecting your duty, all of you. I don't mean you per say, but uh your, there's a serious problem going on here. It is seriously problematic that people are getting killed over. There is a serious problem here and the judges they're all protecting their buddies its clear, it's been clear to me, and I won't

tolerate it, and I will not stop until everybody's been held accountable. So if you guys wanna keep fucking with me I'm going to keep pushing hard as I can against you guys, because you guys are out of line. You guys are abusing me and it's, just this has gone too far. You guys, this is uh, your prohibition on marijuana, your guy's racism against it is out of line. If you go home and have your drink, you go home and have your cigarette whatever your sin is. You are a hypocrite, and you are abusing the system. Allowing it to happen to me because it's my medicine, it works. It is my medicine, it's better than Vicodin, it's better than any opiate. I can promise you that, and it's the environment that these people that I have brought cases against that are the environment that I'm dealing with, and this is illegal that for me to be dealing with this abuse, as I filed a case against these people. So, there is a failure within the court system in the system that I'm reporting to because I'm even telling these officers that I have cases against these people, and they pretty much just say fuck off. No big deal not our act it's a civil, civil situation. That is not how this works and uh, I just, just don't know what to do **and I'm really going to get violent beyond this point**, because this is pure abuse, and anybody that falls victim is purely victim because they're abusing me. So get your guys heads out of your asses and do something please. Thank you for your time.

13.   October 15, 2021, Telephone message to WDMI FEDERAL DISTRICT JUDGE A's Chambers:

Hi, it's Kevin Cassaday again, I wanted to share, as well as I [cough] sorry. I called the police, I called the Ingham County Sheriff again and they refused to show up. They refused to do anything except to try and toy with me and try and get me to be the victim. That's again trying to get somebody committed by police, law enforcement, and I can see it. I have sensed it, and that's what they're doing by ignoring me.

That's purely abusive and I'm going to hold each one of them accountable. I want to, I want to press charges. You guys are the ones to do that because they're failing me. So, either you guys are going to do your job or you're going to leave. Then on top of that, when I realize they're just doing to keep doing this game and I, when I call back they just keep ignoring.

So, I went to the Michigan State Police Post, talked to a Sergeant [redacted], or something at the desk, and he was just as useless as well. We have a serious problem here. This is because you guys are too old and tool stupid. I don't know what the issue is. Too old and too racist, I don't know. It's a problem with you guys.

You guys are the issue because your too stupid, too racist and you guys don't belong where you are. That's the reality, is you guys are where you are because you're too stupid, and you inflict the system upon victims, because you bureaucrats too stupid to understand the crimes. You're putting procedures over crimes and that's, you guys are Nazi's, genocidal Nazis. Too stupid to realize it. So, either you guys get your shit together, or **I'm going to get my guns and we're going to have a party.**

14. October 19, 2021, Telephone message to WDMI FEDERAL DISTRICT JUDGE A's Chambers:

Hi, my name is Kevin Casssaday, you guys have numerous cases under many, um I just wanna report, last week when I went to get my medicine from Pure Options, they continued to play games with me, and the week prior um, they sent out some guy in between picking up my money and giving me the product, they come out and say you must be confused your ordering at the wrong place.

[Owner] set up a Pure Options east, and, uh Pure Options east something, there's two different but they're the same believed to be owner. So, they're staging confusion in my life, and then back in 2019 roughly, um I did an online order to Taco Bell on Saginaw Street, there and they did the same thing. When me and my wife arrived they locked the doors, and then said we were at the wrong place. So, then when I went there last, Pure Options, last week that same guy was still working and then we found a new lady or a different lady doing to do the same thing of confusion with me stating that I'm ordering at the wrong place, but even when I look at the weed maps it's the correct place, and even when I ask them where am I at? They say I'm at *** Clifford Street, and that's where I ordered.

11

So, we have people playing pure games in plantiffs' lives, and if you guys are ok with that, we're going to get rid of all of you, and we're gonna get new people that are competent in there. Um, he needs to be held accountable. This has been going on for four plus years of my life. This has been pure hell, and it continues because it's my medicine. It works for me, and you guys are racist against it. You discriminate against it and it's repulsive. It's repulsive to see the police officers ignoring the conduct because they want to run a prohibition.

Can you imagine how stupid you guys look? Can you imagine how mature you guys all look right now? Because I have, this is like beyond out of line, and that [Owner] own four plus stores here in Lansing now so he's kinda got he market cornered. Um, they have and had and always will be targeting me. For whatever reason they have an issue and they don't belong in employment or ownership or an attorney. You guys need to hold that person accountable.

You guys need to do your job, and so that day I recorded both instances, and it's about 30 gigabytes, and I'm going to send it to you guys on a hard-drive, flash drive because CD's just won't work. Um, it might not get there, but I'm gonna try. Uh, they told me when that lady went back in, maybe a manager came out and gave me my product and told me that I'm not allowed to come back to that store, and it's because I recorded their associate. Well they recorded me, they record me whenever I come onsite. I have the right and part of that conversation recorded and they're trying to confuse me.

So, I have to record it as it's evidence, and now they told me that if I return they're going to call the police, and so if I return, and I'm going to this week, return to that same store, and if they call the police we're going to have a big issue. We're going to have a bigger issue than you ever even thought we started with, and then if anybody but me gets fucked with we're gonna have an even bigger issue because you guys are abusing me to no end, and that girl, I told her she's threatening me and she laughed and so you guys are going to need to do your job, shut that place down, all of em, and get this shit sorted out, or **we're gonna have a party like I told you guys. It's not going to be fun.**

15.     Law enforcement database checks revealed a phone number of (989) 615-**** listed for **CASSADAY**. Law enforcement database checks also listed (989) 615-**** as a cellular phone number on the Verizon Wireless Network. Verizon is an American wireless company headquartered in New York, New York. Verizon Wireless accepts legal process at 180 Washington Valley Road, Bedminster, NJ 07921. The Verizon Corporation operates a wireless telecommunication network and is involved in interstate commerce. During the contact with **CASSADAY** on September 23, 2021, I believe that **CASSADAY's** voice was consistent with the individual in the recorded voicemail messages who self-identifies as **CASSADAY.**

## CONCLUSION

16.     Based on the forgoing, there is probable cause to believe that **KEVIN CASSADAY** has committed federal crimes, including violations of 18 U.S.C. § 875(c) - Interstate Communications of a Threat, and 18 U.S.C § 115 - Threat to a Injure a Federal Judge.