UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**INDICTMENT**

KEVIN CASSADAY,

       Defendant.

_____/

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Threatening to Assault or Murder a Federal Official)**

Beginning on or about August 28, 2021 and continuing through at least October 19, 2021, in the Western District of Michigan, the defendant,

**KEVIN WILLIAM CASSADAY**,

threatened to assault and murder Western District of Michigan Federal District Judge A, with the intent to impede, intimidate, and interfere with Western District of Michigan Federal District Judge A while he/she was engaged in his/her official duties; and to retaliate against Western District of Michigan Federal District Judge A on account of the performance of his/her official duties.

18 U.S.C. § 115

                                        **THIS IS A TRUE BILL**.

                                        _____
                                        GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney
Eastern District of Michigan

BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney
Eastern District of Michigan

_/s/ Christopher W. Rawsthorne_____
CHRISTOPHER W. RAWSTHORNE
Special Assistant United States Attorney
Western District of Michigan

Date: April 18, 2023